```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 29051
    JESSE COLBERT JR
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-0495

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 07/22/2005 and was confirmed 01/26/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was converted to chapter 7 after confirmation 09/21/2007.
--------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------
AMERICAN GENERAL FINANCE    SECURED              600.00         76.64          190.16
AMERICAN GENERAL FINANCE    UNSECURED             439.35          .00             .00
AMERICAN GENERAL FINANCE    NOTICE ONLY      NOT FILED            .00             .00
ARONSON FURNITURE           SECURED             2511.00         273.05          816.61
ARONSON FURNITURE           UNSECURED             367.55          .00             .00
TRIAD FINANCIAL CORP        SECURED            17450.00        2548.43         5398.43
BAKER MILLER MARKOFF & K    UNSECURED       NOT FILED            .00             .00
BOB WATSON CHEVROLET        UNSECURED       NOT FILED            .00             .00
DEVON FINANCIAL SERVICE     UNSECURED             193.49          .00             .00
TRIAD FINANCIAL CORP        UNSECURED            7981.86          .00             .00
ZALUTSKY & PINSKI LTD       REIMBURSEMENT       194.00            .00           194.00
ZALUTSKY & PINSKI LTD       NOTICE ONLY      NOT FILED            .00             .00
GREAT LAKES SPECIALTY FI    UNSECURED       NOT FILED            .00             .00
HARRIS BANK                 UNSECURED       NOT FILED            .00             .00
ONE IRON VENTURES           UNSECURED       NOT FILED            .00             .00
PAYDAY LOANS INC            UNSECURED       NOT FILED            .00             .00
ZALUTSKY & PINSKI LTD       DEBTOR ATTY      2,700.00                         2,700.00
TOM VAUGHN                  TRUSTEE                                             702.68
DEBTOR REFUND               REFUND                                            1,100.00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                14,000.00

PRIORITY                                        194.00
SECURED                                       6,405.20
    INTEREST                                  2,898.12
UNSECURED                                          .00
ADMINISTRATIVE                                2,700.00
TRUSTEE COMPENSATION                            702.68

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 29051 JESSE COLBERT JR
```

```
DEBTOR REFUND                                                    1,100.00
                                        ---------------    ---------------
TOTALS                                        14,000.00          14,000.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 12/27/07                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE